**NOT FOR PUBLICATION**

## In the

## United States Court of Appeals

### For the Eleventh Circuit

————————————

No. 25-12724

Non-Argument Calendar

————————————

CORNERSTONE RESIDENTIAL MANAGEMENT, INC.,

d.b.a. Freedom's Path Ltd.,

*Plaintiff-Appellee,*

*versus*

WILLIE G. SMITH,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court

for the Southern District of Georgia

D.C. Docket No. 1:25-cv-00119-JRH-BKE

————————————

Before NEWSOM, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.  Willie Smith, pro se, appeals the district court's order

remanding his civil dispossessory action to state court for lack of subject matter jurisdiction.  That order, however, is unreviewable on appeal.  *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous.").  Further, in his notice of removal, Smith did not invoke 28 U.S.C. §§ 1442 or 1443, by citation or otherwise.  *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal); *Alabama v. Conley*, 245 F.3d 1292, 1295, 1297 (11th Cir. 2001) (holding that, to remove a case under § 1443(1), a party must rely on specific civil rights stated in terms of racial equality and allege more than the inability to obtain a fair trial).

All pending motions are DENIED as moot.